# Exhibit A

(12) **United States Patent**
Stuntebeck

(10) Patent No.: **US 8,713,646 B2**
(45) Date of Patent: **Apr. 29, 2014**

(54) **CONTROLLING ACCESS TO RESOURCES ON A NETWORK**

(76) Inventor: **Erich Stuntebeck**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/316,073**

(22) Filed: **Dec. 9, 2011**

(65) **Prior Publication Data**

US 2013/0152169 A1    Jun. 13, 2013

(51) Int. Cl.
  G06F 7/04    (2006.01)
  G06F 15/16   (2006.01)
  G06F 17/30   (2006.01)
  H04L 29/06   (2006.01)
(52) U.S. Cl.
  CPC ................................... **H04L 63/10** (2013.01)
  USPC ............................................ **726/4**; 713/150
(58) **Field of Classification Search**
  USPC ............................................................. 726/4
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,679,226 | A | 7/1987 | Muehleisen |
| 5,237,614 | A | 8/1993 | Weiss |
| 5,446,888 | A | 8/1995 | Pyne |
| 5,574,786 | A | 11/1996 | Dayan et al. |
| 5,625,869 | A | 4/1997 | Nagamatsu et al. |
| 5,631,947 | A | 5/1997 | Wittstein et al. |
| 5,799,068 | A | 8/1998 | Kikinis et al. |
| 5,826,265 | A | 10/1998 | Van Huben et al. |
| 5,864,683 | A | 1/1999 | Boebert et al. |
| 5,870,459 | A | 2/1999 | Phillips et al. |
| 5,928,329 | A | 7/1999 | Clark et al. |
| 5,961,590 | A | 10/1999 | Mendez et al. |
| 5,966,081 | A | 10/1999 | Chesnutt |
| 5,974,238 | A | 10/1999 | Chase, Jr. |
| 5,987,609 | A | 11/1999 | Hasebe |
| 6,021,492 | A | 2/2000 | May |
| 6,023,708 | A | 2/2000 | Mendez et al. |
| 6,085,192 | A | 7/2000 | Mendez et al. |
| 6,131,096 | A | 10/2000 | Ng et al. |
| 6,131,116 | A | 10/2000 | Riggins et al. |
| 6,151,606 | A | 11/2000 | Mendez |
| 6,167,253 | A | 12/2000 | Farris et al. |
| 6,233,341 | B1 | 5/2001 | Riggins |
| 6,269,369 | B1 | 7/2001 | Robertson |
| 6,463,470 | B1 | 10/2002 | Mohaban et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2149337 A1 | 6/1994 |
| GB | 2346716 A  | 8/2000 |
| WO | 0241661 A2 | 5/2002 |

*Primary Examiner* — Venkat Perungavoor
*Assistant Examiner* — Khang Do

(57) **ABSTRACT**

Disclosed are various embodiments for controlling access to data on a network. In one embodiment, a proxy service receives a request from a user on a client device to access a quantity of enterprise resources served up by an enterprise device. In response, the proxy service determines whether the user on the client device has been authenticated to access the enterprise resources. The proxy service also determines whether the client device from which the user requested the access is authorized to access the enterprise resources. Responsive to the determination that the user is authentic and that the client device is authorized, the proxy service associates a set of approved enterprise access credentials with the request and facilitates the transmission of the requested enterprise resources to the client device.

**15 Claims, 4 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor |
|---|---|---|---|
| 6,480,096 | B1 | 11/2002 | Gutman et al. |
| 6,560,772 | B1 | 5/2003 | Slinger |
| 6,606,662 | B2 | 8/2003 | Nagasaki |
| 6,636,489 | B1 | 10/2003 | Fingerhut |
| 6,668,322 | B1 | 12/2003 | Wood et al. |
| 6,708,221 | B1 | 3/2004 | Mendez et al. |
| 6,714,859 | B2 | 3/2004 | Jones |
| 6,726,106 | B1 | 4/2004 | Han et al. |
| 6,727,856 | B1 | 4/2004 | Hill |
| 6,741,232 | B1 | 5/2004 | Siedlikowski et al. |
| 6,741,927 | B2 | 5/2004 | Jones |
| 6,766,454 | B1 | 7/2004 | Riggins |
| 6,779,118 | B1 | 8/2004 | Ikudome et al. |
| 6,904,359 | B2 | 6/2005 | Jones |
| 6,965,876 | B2 | 11/2005 | Dabbiere |
| 6,995,749 | B2 | 2/2006 | Friend |
| 7,017,105 | B2 | 3/2006 | Flanagin et al. |
| 7,032,181 | B1 | 4/2006 | Farcasiu |
| 7,039,394 | B2 | 5/2006 | Bhaskaran |
| 7,039,679 | B2 | 5/2006 | Mendez et al. |
| 7,064,688 | B2 | 6/2006 | Collins et al. |
| 7,092,943 | B2 | 8/2006 | Roese et al. |
| 7,184,801 | B2 | 2/2007 | Farcasiu |
| 7,191,058 | B2 | 3/2007 | Laird et al. |
| 7,203,959 | B2 | 4/2007 | Nachenberg et al. |
| 7,225,231 | B2 | 5/2007 | Mendez et al. |
| 7,228,383 | B2 | 6/2007 | Friedman et al. |
| 7,275,073 | B2 | 9/2007 | Ganji et al. |
| 7,284,045 | B1 | 10/2007 | Marl et al. |
| 7,287,271 | B1 | 10/2007 | Riggins |
| 7,308,703 | B2 | 12/2007 | Wright et al. |
| 7,310,535 | B1 | 12/2007 | MacKenzie et al. |
| 7,353,533 | B2 | 4/2008 | Wright et al. |
| 7,363,349 | B2 | 4/2008 | Friedman et al. |
| 7,363,361 | B2 | 4/2008 | Tewari et al. |
| 7,373,517 | B1 | 5/2008 | Riggins |
| 7,437,752 | B2 | 10/2008 | Heard et al. |
| 7,444,375 | B2 | 10/2008 | McConnell et al. |
| 7,447,506 | B1 | 11/2008 | MacKenzie et al. |
| 7,447,799 | B2 | 11/2008 | Kushner |
| 7,475,152 | B2 | 1/2009 | Chan et al. |
| 7,480,907 | B1 | 1/2009 | Marolia et al. |
| 7,496,957 | B2 | 2/2009 | Howard et al. |
| 7,539,665 | B2 | 5/2009 | Mendez |
| 7,565,314 | B2 | 7/2009 | Borgeson et al. |
| 7,590,403 | B1 | 9/2009 | House et al. |
| 7,594,224 | B2 | 9/2009 | Patrick et al. |
| 7,603,547 | B2 | 10/2009 | Patrick et al. |
| 7,603,548 | B2 | 10/2009 | Patrick et al. |
| 7,603,703 | B2 | 10/2009 | Craft et al. |
| 7,617,222 | B2 | 11/2009 | Coulthard et al. |
| 7,620,001 | B2 | 11/2009 | Ganji |
| 7,620,392 | B1 | 11/2009 | Maurya et al. |
| 7,650,491 | B2 | 1/2010 | Craft et al. |
| 7,660,902 | B2 | 2/2010 | Graham et al. |
| 7,665,118 | B2 | 2/2010 | Mann et al. |
| 7,665,125 | B2 | 2/2010 | Heard et al. |
| 7,685,645 | B2 | 3/2010 | Doyle et al. |
| 7,702,322 | B2 | 4/2010 | Maurya et al. |
| 7,702,785 | B2 | 4/2010 | Bruton, III et al. |
| 7,735,112 | B2 | 6/2010 | Kim et al. |
| 7,735,122 | B1 | 6/2010 | Johnson et al. |
| 7,739,334 | B1 | 6/2010 | Ng et al. |
| 7,752,166 | B2 | 7/2010 | Quinlan et al. |
| 7,788,382 | B1 | 8/2010 | Jones et al. |
| 7,792,297 | B1 * | 9/2010 | Piccionelli et al. ........... 380/258 |
| 7,840,631 | B2 | 11/2010 | Farcasiu |
| 7,873,959 | B2 | 1/2011 | Zhu et al. |
| 7,890,091 | B2 | 2/2011 | Puskoor et al. |
| 7,912,896 | B2 | 3/2011 | Wolovitz et al. |
| 7,917,641 | B2 | 3/2011 | Crampton |
| 7,970,386 | B2 | 6/2011 | Bhat et al. |
| 8,001,082 | B1 | 8/2011 | Muratov |
| 8,012,219 | B2 | 9/2011 | Mendez et al. |
| 8,041,776 | B2 | 10/2011 | Friedman et al. |
| 8,046,823 | B1 | 10/2011 | Begen et al. |
| 8,060,074 | B2 | 11/2011 | Danford et al. |
| 8,069,144 | B2 | 11/2011 | Quinlan et al. |
| 8,078,157 | B2 | 12/2011 | Maurya et al. |
| 8,094,591 | B1 | 1/2012 | Hunter et al. |
| 8,099,332 | B2 | 1/2012 | Lemay et al. |
| 8,117,344 | B2 | 2/2012 | Mendez et al. |
| 8,150,431 | B2 | 4/2012 | Wolovitz et al. |
| 8,166,106 | B2 | 4/2012 | Biggs et al. |
| 8,225,381 | B2 | 7/2012 | Lemke |
| 8,359,016 | B2 | 1/2013 | Lindeman et al. |
| 8,433,620 | B2 | 4/2013 | Futty et al. |
| 8,504,831 | B2 | 8/2013 | Pratt et al. |
| 2002/0013721 | A1 | 1/2002 | Dabbiere et al. |
| 2002/0049644 | A1 | 4/2002 | Kargman |
| 2002/0055967 | A1 | 5/2002 | Coussement |
| 2002/0098840 | A1 | 7/2002 | Hanson et al. |
| 2003/0065934 | A1 | 4/2003 | Angelo et al. |
| 2003/0110084 | A1 | 6/2003 | Eberhard et al. |
| 2003/0172166 | A1 | 9/2003 | Judge et al. |
| 2003/0186689 | A1 | 10/2003 | Herle et al. |
| 2003/0204716 | A1 | 10/2003 | Rockwood et al. |
| 2004/0098715 | A1 | 5/2004 | Aghera et al. |
| 2004/0123153 | A1 | 6/2004 | Wright et al. |
| 2004/0181687 | A1 * | 9/2004 | Nachenberg et al. ......... 713/201 |
| 2004/0224703 | A1 | 11/2004 | Takaki et al. |
| 2005/0003804 | A1 | 1/2005 | Huomo et al. |
| 2005/0246192 | A1 | 11/2005 | Jauffred et al. |
| 2006/0190984 | A1 | 8/2006 | Heard et al. |
| 2007/0033397 | A1 | 2/2007 | Phillips, II et al. |
| 2007/0093243 | A1 | 4/2007 | Kapadekar et al. |
| 2007/0136492 | A1 | 6/2007 | Blum et al. |
| 2007/0156897 | A1 | 7/2007 | Lim |
| 2007/0174433 | A1 | 7/2007 | Mendez et al. |
| 2007/0192588 | A1 | 8/2007 | Roskind et al. |
| 2007/0260883 | A1 | 11/2007 | Giobbi et al. |
| 2007/0288637 | A1 | 12/2007 | Layton et al. |
| 2008/0051076 | A1 | 2/2008 | O'Shaughnessy et al. |
| 2008/0133712 | A1 | 6/2008 | Friedman et al. |
| 2008/0134296 | A1 * | 6/2008 | Amitai et al. ..................... 726/4 |
| 2008/0134305 | A1 * | 6/2008 | Hinton et al. ..................... 726/5 |
| 2008/0134347 | A1 | 6/2008 | Goyal et al. |
| 2008/0201453 | A1 | 8/2008 | Assenmacher |
| 2009/0036111 | A1 | 2/2009 | Danford et al. |
| 2009/0144632 | A1 | 6/2009 | Mendez |
| 2009/0198997 | A1 | 8/2009 | Yeap et al. |
| 2009/0253410 | A1 | 10/2009 | Fitzgerald et al. |
| 2009/0260064 | A1 * | 10/2009 | McDowell et al. ............... 726/4 |
| 2009/0300739 | A1 | 12/2009 | Nice et al. |
| 2009/0307362 | A1 | 12/2009 | Mendez et al. |
| 2010/0005125 | A1 | 1/2010 | Mendez et al. |
| 2010/0005157 | A1 | 1/2010 | Mendez et al. |
| 2010/0005195 | A1 | 1/2010 | Mendez et al. |
| 2010/0023630 | A1 | 1/2010 | Mendez et al. |
| 2010/0100641 | A1 | 4/2010 | Quinlan et al. |
| 2010/0120450 | A1 | 5/2010 | Herz |
| 2010/0144323 | A1 | 6/2010 | Collins et al. |
| 2010/0146269 | A1 | 6/2010 | Baskaran |
| 2010/0254410 | A1 | 10/2010 | Collins |
| 2010/0268844 | A1 | 10/2010 | Quinlan et al. |
| 2010/0273456 | A1 | 10/2010 | Wolovitz et al. |
| 2010/0299152 | A1 | 11/2010 | Batchu et al. |
| 2010/0299362 | A1 | 11/2010 | Osmond |
| 2010/0299376 | A1 | 11/2010 | Batchu et al. |
| 2010/0299719 | A1 | 11/2010 | Burks et al. |
| 2010/0325710 | A1 * | 12/2010 | Etchegoyen ....................... 726/7 |
| 2011/0004941 | A1 | 1/2011 | Mendez et al. |
| 2011/0082900 | A1 | 4/2011 | Nagpal et al. |
| 2011/0113062 | A1 | 5/2011 | Quinlan et al. |
| 2011/0145932 | A1 | 6/2011 | Nerger et al. |
| 2011/0153779 | A1 | 6/2011 | Mendez et al. |
| 2011/0153799 | A1 | 6/2011 | Ito |
| 2011/0167474 | A1 | 7/2011 | Sinha et al. |
| 2011/0202589 | A1 | 8/2011 | Piernot et al. |
| 2011/0202987 | A1 * | 8/2011 | Bauer-Hermann et al. ....... 726/7 |
| 2011/0225252 | A1 | 9/2011 | Bhat et al. |
| 2011/0270799 | A1 | 11/2011 | Muratov |
| 2011/0276805 | A1 | 11/2011 | Nagpal et al. |
| 2011/0296186 | A1 | 12/2011 | Wong et al. |

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2011/0320552 A1 | 12/2011 | Friedman et al. |
| 2012/0005578 A1 | 1/2012 | Hawkins |
| 2012/0015644 A1 | 1/2012 | Danford et al. |
| 2012/0102392 A1 | 4/2012 | Reesman et al. |
| 2012/0198547 A1* | 8/2012 | Fredette et al. .......... 726/19 |
| 2012/0204032 A1 | 8/2012 | Wilkins et al. |

* cited by examiner



100
Proxy Server 130
Data Store 131
Approved Device Identifiers 132
Approved User Access Credentials 133
Enterprise Access Credentials 134
Proxy Service 135
Access Request 136
Compliance Server 140
Data Store 141
Compliance Rules 142
Compliance Service 143
Network 110
Wireless Device 120
Device Identifier 121
User Access Credentials 122
Device Profile 123
Enterprise Access Application 124
Enterprise Device 150
Enterprise Resource 151
Approved Enterprise Access Credentials 152
Device Access Application 153

FIG. 1



FIG. 2



FIG. 3





FIG. 4

# CONTROLLING ACCESS TO RESOURCES ON A NETWORK

## BACKGROUND

Controlling access to enterprise resources by network-connected devices is critical to ensure that only authenticated and authorized users and devices gain access to sensitive information or services. To date, this has typically been accomplished by utilizing network firewalls, reverse proxy servers with authentication, and encrypted VPN tunnels. Today, however, enterprise resources are being moved out of enterprise-managed data centers and into the "Cloud." These Cloud-based network environments may not provide the configurability and customization necessary to sufficiently protect enterprise resources. For instance, protecting enterprise-managed data centers at a device level can be problematic. Cloud-based data services often do not provide the necessary features to allow enterprises to control access to the service at a device level, but rather permit access, without restriction as to any device, with proper user-level access controls.

## BRIEF DESCRIPTION OF THE DRAWINGS

Many aspects of the present disclosure can be better understood with reference to the following diagrams. The components in the drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating certain features of the disclosure. Moreover, in the drawings, like reference numerals designate corresponding parts throughout the several views.

FIG. **1** is a block diagram of a networked environment according to certain exemplary embodiments of the present disclosure.

FIG. **2** is a flowchart illustrating exemplary functionality implemented as portions of a proxy service executed by a proxy server in the networked environment of FIG. **1** according to certain embodiments of the present disclosure.

FIG. **3** is a flowchart illustrating exemplary functionality implemented as portions of a compliance service executed by a compliance server in the networked environment of FIG. **1** according to certain embodiments of the present disclosure.

FIG. **4** is a schematic block diagram illustrating a proxy server and compliance server employed in the networked environment of FIG. **1** according to certain embodiments of the present disclosure.

## DETAILED DESCRIPTION

Disclosed are various embodiments for a system and associated devices and methods for controlling access to enterprise resources. The exemplary system comprising a proxy server and a compliance server, which authorize and authenticate devices for granting access to the enterprise resources based in part on device identifiers and access credentials. In one embodiment, an enterprise device serves up enterprise resources to users if the user provides the appropriate enterprise access credentials. However, certain devices from which users may access the enterprise resources may not qualify to access data in the enterprise device. Thus, even though the user may have user-level access, insufficient device-level access may prevent the user from accessing the enterprise resources. A proxy service authenticates the user and the wireless device from which the user requests the access based on one or more user access credentials and a unique device identifier associated with the wireless device.

The proxy service may then communicate with a compliance service to authorize the wireless device by determining whether the wireless device complies with hardware, software, device management restrictions, and the like, defined in a set of compliance rules. Upon authenticating and authorizing both the user and the wireless device, the proxy server then associates the user's access request with enterprise access credentials and facilitates the access to the enterprise resource.

FIG. **1** illustrates a networked environment **100** according to various embodiments. The networked environment **100** includes a network **110**, a wireless device **120**, a proxy server **130**, a compliance server **140**, and an enterprise device **150**. The network **110** includes, for example any type of wireless network such as a wireless local area network (WLAN), a wireless wide area network (WWAN), or any other type of wireless network now known or later developed. Additionally, the network **110** includes the Internet, intranets, extranets, microwave networks, satellite communications, cellular systems, PCS, infrared communications, global area networks, or other suitable networks, etc., or any combination of two or more such networks. Embodiments of the present invention are described below in connection with WWANs (as illustrated in FIG. **1**); however, it should be understood that embodiments of the present invention may be used to advantage in any type of wireless network.

In one embodiment, the network **110** facilitates the transport of data between one or more client devices, such as wireless device **120**, the proxy server **130**, the compliance server **140**, and the enterprise device **150**. Other client devices may include a desktop computer, a laptop computer, a personal digital assistant, a cellular telephone, a set-top step, music players, web pads, tablet computer systems, game consoles, and/or other devices with like capability. Wireless device **120** comprises a wireless network connectivity component, for example, a PCI (Peripheral Component Interconnect) card, USB (Universal Serial Bus), PCMCIA (Personal Computer Memory Card International Association) card, SDIO (Secure Digital Input-Output) card, NewCard, Cardbus, a modem, a wireless radio transceiver, and/or the like. Additionally, the wireless device **120** may include a processor for executing applications and/or services, and a memory accessible by the processor to store data and other information. The wireless device **120** is operable to communicate wirelessly with the proxy server **130** and the enterprise device **150** with the aid of the wireless network connectivity component.

Additionally, the wireless device **120** may store in memory a device identifier **121**, user access credentials **122**, a device profile **123**, and potentially other data. In one embodiment, the device identifier **121** may include a software identifier, a hardware identifier, and/or a combination of software and hardware identifiers. For instance, the device identifier **121** may be a unique hardware identifier such as a MAC address, a CPU ID, and/or other hardware identifiers. The user access credentials **122** may include a username, a password, and/or biometric data related to facial recognition, retina recognition, fingerprint recognition, and the like. Additionally, the device profile **123** may include a listing of hardware and software attributes that describe the wireless device **120**. For instance, the device profile **123** may include hardware specifications of the wireless device **120**, version information of various software installed on the wireless device **120**, and/or any other hardware/software attributes. Additionally, the device profile **123** may also include data indicating a date of

last virus scan, a date of last access by IT, a date of last tune-up by IT, and/or any other data indicating a date of last device check.

The wireless device **120** may further be configured to execute various applications such as an, and an enterprise access application **124**. The enterprise access application **124** may be executed to transmit a request for access to the enterprise resources **151** available on the enterprise device **150**. The wireless device **120** may be configured to execute client side applications such as, for example, a browser, email applications, instant message applications, and/or other applications. For instance, the browser may be executed in the wireless device **120**, for example, to access and render network pages, such as web pages, or other network content served up by proxy server **130**, the compliance server **140**, the enterprise device **150**, and/or any other computing system.

In one embodiment, the enterprise device **150** represents an enterprise level computing device that stores and serves up enterprise resources **151**, and/or performs other enterprise level functions. For instance, the enterprise device **150** may store in memory enterprise resources **151**, a listing of approved enterprise access credentials **152**, and potentially other data. The enterprise resources **151** may be stored in the device, a database accessible by the device, and/or other storage facility in data communication with the enterprise device **150**. In one embodiment, the enterprise resources **151** may include any type of enterprise data, such as, for instance, enterprise documents, files, file systems, and/or any other type of data. In another embodiment, the enterprise resource **151** may include enterprise level applications and services that may be accessed and executed on an accessing device. For instance, a user operating the accessing device (e.g., wireless device **120**) may invoke the enterprise level application that is then executed on the accessing device. The listing of approved enterprise access credentials **152** may be a list of pre-approved enterprise access credentials that provide access to the enterprise resources **151**.

The enterprise device **150** may further be configured to execute various applications such as a device access application **153**. The device access application **153** may be executed to receive a request for access to the enterprise resources **151** and determine whether to grant the requested access. For instance, the device access application **153** may receive the request for access from the wireless device **120**, the proxy server **130**, the compliance server **140**, and/or any other computing system. In response, the device access application **153** may then determine whether the enterprise access credentials associated with the requesting device match one or more of the credentials included in the listing of approved enterprise access credentials **152**. Based on this determination, the device access application **153** may grant the request device with access to the enterprise resources **151**. The enterprise device **150** may be configured to execute other enterprise side applications and/or services such as, a mail service, an internet service, a messaging service, and/or other services.

The proxy server **130** and the compliance server **140** can be implemented as, for example, a server computer or any other system capable of providing computing capability. Further, the proxy server **130** may be configured with logic for performing the methods described herein. Although one proxy server **130** and one compliance server **140** is depicted, certain embodiments of the networked environment **100** include more than one proxy server **130** and compliance server **140**. One or more of the servers may be employed and arranged, for example, in one or more server banks or computer banks or other arrangements. For example, the server computers together may include a cloud computing resource, a grid computing resource, and/or any other distributed computing arrangement. Such server computers may be located in a single installation or may be distributed among many different geographical locations. For purposes of convenience, the proxy server **130** and the compliance server **140** are referred to herein in the singular.

Various applications and/or other functionality may be executed in the proxy server **130** and the compliance server **140**, respectively, according to certain embodiments. Also, various data is stored in a data store **131** that is accessible to the proxy server **130** and/or a data store **141** accessible to the compliance server **140**. The data stored in each of the data stores **131** and **141**, for example, may be accessed, modified, removed, and/or otherwise manipulated in association with the operation of the applications and/or functional entities described herein.

The components executed in the proxy server **130** include a proxy service **135**, and may include other applications, services, processes, systems, engines, or functionality not discussed in detail herein. As used herein, the term "proxy service" is meant to generally refer to computer-executable instructions for performing the functionality described herein for authenticating user access credentials and device identifiers. The proxy service **135** is executed to receive an access request **136** from a wireless device **120** for accessing enterprise resources **151** and to determine whether to grant or deny the access request **136**. Upon determining to grant the access request **136**, the proxy service **135** may then associate the wireless device **120** with necessary enterprise access credentials to access the enterprise resource **151**, as will be described.

The data stored in data store **131** may include, for example, approved device identifiers **132**, approved user access credentials **133**, approved enterprise access credentials **134**, and potentially other data. The approved device identifiers **132** represents a listing of device identifiers **121** that have been pre-approved for accessing the enterprise resources **151** in the enterprise device **150**. For instance, the approved device identifiers **132** may have been previously provided to the proxy server **130**. The approved user access credentials **133** represents a listing of user access credentials **122** that have been pre-approved for accessing the enterprise resources **151** of the enterprise device **150**. Additionally, the enterprise access credentials **134** may provide access to the enterprise resources **151** when associated with the access request **136**.

The components executed in the compliance server **140** include a compliance service **143**, and may include other applications, services, processes, systems, engines, or functionality not discussed in detail herein. As used herein, the term "compliance service" is meant to generally refer to computer-executable instructions for performing the functionality described herein for authorizing the device characteristics of the requesting device. The compliance service **143** is executed to determine whether the device characteristics of the wireless device **120** comply with the compliance rules **142** that are stored in the data store **141**. For instance, the compliance service **143** may identify the device characteristics from the device profile **123** of each wireless device **120**. Additionally, the compliance rules **142** represents a listing of hardware restrictions, software restrictions, and/or mobile device management restrictions that need to be satisfied by the wireless device **120**.

In one embodiment, hardware restrictions included in the compliance rules **142** may comprise restrictions regarding use of specific wireless devices **120** and specific wireless device features, such as, for instance, cameras, Bluetooth, IRDA, tethering, external storage, a mobile access point,

and/or other hardware restrictions. Software restrictions included in the compliance rules **142** may comprise restrictions regarding the use of specific wireless device operating systems or applications, internet browser restrictions, screen capture functionality, and/or other software restrictions. Mobile device management restrictions included in the compliance rules **142** comprise encryption requirements, firmware versions, remote lock and wipe functionalities, logging and reporting features, GPS tracking, and/or other mobile device management features.

The compliance service **143** may determine whether the device characteristics of a requesting device (e.g. wireless device **120**) satisfy one or more of the restrictions enumerated in the compliance rules **142**. For example, the compliance service **143** may determine that a requesting device that has a camera, Bluetooth capability, and is executing a specified version of an operating system is compliant with the compliance rules **142**. As another example, the compliance service **143** may determine that a requesting device that is associated with an external storage unit and has screen capture functionality enabled is not compliant with the compliance rules **142**.

A user operating a wireless device **120** may wish to access data or another resource on the enterprise device **150**, such as enterprise resources **151**. In one embodiment, the user may manipulate a network page rendered on a display associated with the wireless device **120** to transmit the access request **136** to request access to the enterprise resources **151**. In another embodiment, the user may manipulate a user interface generated by a local executed application. The user may provide login information, such as, for instance, a unique user name, a password, biometric data, and/or other types of user access credentials **122** and request to access the enterprise resources **151** stored on the enterprise device **150**. The enterprise access application **124** may transmit the access request **136** to access the enterprise resources **151** to the proxy service **135**. In another embodiment, the enterprise access application **124** may transmit the request **136** to access the enterprise resources **151** directly to the enterprise device **150**. In this embodiment, the device access application **153** receive the request and re-route the request to the proxy server **130**.

Upon receiving the request **136**, the proxy service **135** determines whether to grant or deny the access request **136**. In one embodiment, the proxy service **135** may first authenticate the wireless device **120** and the user operating the wireless device **120**. To this end, the proxy service **135** determines whether the device identifier **121** associated with the wireless device **120** matches one of the identifiers listed in the listing of approved identifiers **132**. For instance, the device identifier **121** of the wireless device **120** may be included as part of the request **136** transmitted by the enterprise access application **124**. In another embodiment, the proxy service **135** may request to receive the device identifier **121** in response to receiving the access request **136**. Upon identifying and/or receiving the device identifier **121**, the proxy service **135** determines whether the device identifier **121** matches one of the approved identifiers **132** stored in the data store **131**. In another embodiment, the proxy service **135** may authenticate the wireless device **120** dynamically by determining whether the device identifier **121** is within a predetermined range of approved device identifiers **132**. In yet another embodiment, the proxy service **135** may authenticate the wireless device **120** dynamically by performing an algorithm on the device identifier **121**.

Additionally, the proxy service **135** may also authenticate the user operating the wireless device **120** by determining whether the user access credentials **122** associated with the user matches one of the credentials in the listing of approved user access credentials **133**. For instance, the user access credentials **122** associated with the user on the wireless device **120** may be included as part of the request **136** transmitted by the enterprise access application **124**. In another embodiment, the proxy service **135** may request to receive the user access credentials **122** in response to receiving the access request **136**. Upon identifying and/or requesting the user access credentials **122**, the proxy service **135** may identify the user access credentials **122** from the request **136** and determine whether the user access credentials **122** matches one of the approved user access credentials **133** stored in the data store **131**.

Having authenticated the wireless device **120** and the user operating the wireless device **120**, the proxy service **135** communicates with the compliance service **143** to authorize the wireless device **120** for accessing the enterprise resources **151**. In one embodiment, the compliance service **143** authorizes the wireless device **120** by determining whether the device characteristics of the wireless device **120** comply with the compliance rules **142**. For instance, the compliance service **143** identifies the device characteristics of the wireless device **120** from the device profile **123**. The compliance service **143** then analyzes the device characteristics to determine whether the software restrictions, hardware restrictions, and/or device management restrictions defined in the compliance rules **142** are satisfied and returns the result of the determination to the proxy service **135**. In an alternative embodiment, the proxy service **135** may determine whether the wireless device **120** complies with the compliance rules **143**.

If the proxy service **135** determines or receives a determination that the wireless device **120** is authorized, the proxy service **135** then associates the wireless device **120** with one or more enterprise access credentials **134**. In one embodiment, the proxy service **135** modifies the access request **136** transmitted by the enterprise access application **124** by replacing the user access credentials **122** with one or more enterprise access credentials **134**. In another embodiment, the proxy service **135** may modify the access request **136** by also replacing the device identifier **121**. The proxy service **135** then relays the access request **136** with the approved enterprise access credentials **134** to the enterprise device **150** for processing.

In one embodiment, the device access application **153** in the enterprise device **150** receives the modified access request **136** from the proxy service **135** and serves up the requested enterprise resources **151** to the proxy service **135**. For instance, the device access application **153** determines whether the enterprise access credentials **134** inserted to the access request **136** matches one or more of the approved enterprise access credentials **152**. Upon determining that the enterprise access credentials **134** match one of the approved enterprise access credentials **152**, the device access application **153** serves up the requested quantity of enterprise resources **151**. In response, the proxy service **135** relays the requested enterprise resources **151** to the wireless device **120**. In another embodiment, the device access application **153** may serve up the requested enterprise resources **151** directly to the wireless device **120**.

FIG. **2** is a flowchart illustrating an exemplary method performed by a portion of the proxy service **135** according to various embodiments. It is to be understood that the flowchart of FIG. **2** provides merely an example of the many different types of functional arrangements that may be employed to implement the proxy service **135** as described herein.

Beginning with step **203**, the proxy service **135** receives an access request **136** (FIG. **1**) from the enterprise access application **124** (FIG. **1**) executed by a wireless device **120** (FIG. **1**)

to access enterprise resources **151** (FIG. **1**) served up by the enterprise device **150** (FIG. **1**). Then, in step **206**, the proxy service **135** identifies a device identifier **121** (FIG. **1**) associated with the wireless device **120** and the user access credentials **122** (FIG. **1**) of the user operating the wireless device **120**. In one embodiment, the device identifier **121** and the user access credentials **122** may be received by the proxy service **135** in conjunction with the request **136**. In another embodiment, the proxy service **135** may separately request the device identifier **121** and the user access credentials **122** from the wireless device **120**.

Next, in step **209**, the proxy service **135** determines whether the wireless device **120** and the user operating the wireless device **120** are authentic. In one embodiment, the proxy service **135** determines whether device identifier **121** associated with the wireless device **120** matches one of the identifiers included in the listing of approved device identifiers **132** (FIG. **1**). Additionally, the proxy service **135** determines whether the user access credentials **122** associated with the user matches one of the credentials included in the approved user access credentials **133** (FIG. **1**). If the proxy service **135** is unable to match either one of the device identifier **121** and the user access credentials **122** with the approved device identifiers **132** and the approved user access credentials **133**, respectively, then the proxy service **135** proceeds to step **213** and denies the access request **136** to access the enterprise resources **151**.

However, if the proxy service **135** matches both the device identifier **121** and the user access credentials **122** with the approved device identifiers **132** and the approved user access credentials **133**, respectively, then the proxy service **135** proceeds to step **216**. In step **216**, the proxy service **135** determines whether the wireless device **120** is authorized to access the requested enterprise resources **151**. As mentioned, the proxy service **135** may communicate with the compliance service **143** to determine whether the wireless device **120** is authorized to access the enterprise resources **151** on the enterprise device **150**, as described above. If the proxy service **135** determines that the wireless device **120** is not authorized, then the proxy service proceeds to step **213** and denies the request **136** to access the enterprise resources **151**.

However, if the proxy service **135** determines that the wireless device **120** is authorized to access the enterprise resources **151**, then the proxy service proceeds to step **219**. In step **219**, the proxy service **135** associates one set of enterprise access credentials **134** (FIG. **1**) with the access request **136**. For instance, the proxy service **135** may modify the original access request **136** transmitted by the enterprise access application **124** to remove the user access credentials **122** and insert the enterprise access credentials **134**.

Then, in step **223**, the proxy service **135** facilitates accessing the enterprise resources **121** for the wireless device **120**. In one embodiment, the proxy service **135** relays the modified access request **136** to the device access application **153** of the enterprise device **150**. In response, the proxy service **135** may receive the requested enterprise resources **151** from the device access application **153** if the enterprise access credentials **134** match one of the approved enterprise access credentials **152**. Upon receiving the requested enterprise resources **151**, the proxy service **135** may communicate to the requested enterprise resources **151** to the enterprise access application **124**. In another embodiment, the device access application **153** may communicate the requested enterprise resources **151** directly to the enterprise access application **124**.

FIG. **3** is a flowchart illustrates an example of a method performed by compliance service **143** according to certain embodiments. It is to be understood that the flowchart of FIG. **3** provides merely an example of the many different types of functional arrangements that may be employed to implement the compliance service **143** as described herein.

Beginning with step **303**, the compliance service **143** receives a request from the proxy service **135** (FIG. **1**) to authorize a wireless device **120** (FIG. **1**) for accessing enterprise resources **151** (FIG. **1**) served up by the enterprise device **150** (FIG. **1**). Then, in step **306**, the compliance service **143** identifies the device characteristics of the wireless device **120** (FIG. **1**). For instance, the compliance service **143** may determine the device characteristics from the device profile **123** (FIG. **1**) of the wireless device **120**. In one embodiment, the compliance service **143** may receive the device profile **123** from the proxy service **135** in conjunction with the access request **136**. In another embodiment, the compliance service **143** may transmit a request to the wireless device **120** to receive the device profile **123**. In yet another embodiment, the device profile **123** of each wireless device **120** in the networked environment **100** (FIG. **1**) may be stored in the data store **141** (FIG. **1**) of the compliance server **140**. In this embodiment, the compliance service **143** may access the local copy of the device profile **123**. Further, the local copy of the device profile **123** may be periodically updated from the respective wireless device **120**.

Next, in step **309**, the compliance service **143** determines whether the wireless device **120** is complaint with the compliance rules **143** (FIG. **1**) and is therefore authorized to access the enterprise resources **151**. In one embodiment, the compliance service **143** determines that the wireless device **120** is compliant if the device characteristics of the wireless device **120** satisfy the compliance rules **142** required to access the enterprise device **150**. For instance, the compliance rules **142** may comprise hardware restrictions, software restrictions, and device management restrictions. If the compliance service **143** determines that the wireless device **120** is not compliant, then in step **313** the compliance service **143** transmits a notification that the wireless device **120** failed the compliance check. However, if the compliance service **143** determines that the wireless device is compliant, then in step **316** the compliance service **143** transmits a notification to the proxy service **135** that the wireless device **120** passed the compliance check.

With reference to FIG. **4**, shown is a schematic block diagram of the proxy server **130** and the compliance server **140** according to an embodiment of the present disclosure. The proxy server **130** includes at least one processor circuit, for example, having a processor **403** and a memory **406**, both of which are coupled to a local interface **409**. Additionally, the compliance server **140** includes at least one processor circuit, for example, having a processor **413** and a memory **416**, both of which are coupled to a local interface **419** To this end, the proxy server **130** and the compliance server **140** may comprise, for example, at least one server computer or like device. The local interfaces **409** and **419** may comprise, for example, a data bus with an accompanying address/control bus or other bus structure as can be appreciated.

Stored in the memories **406** and **416** are both data and several components that are executable by the processors **403** and **413**. In particular, stored in the memory **406/416** and executable by the processors **403** and **413** are a proxy service **135**, a compliance service **143**, and potentially other applications. Also stored in the memories **406** and **416** may be a data stores **131** and **141** and other data. In addition, an operating system may be stored in the memories **406** and **416** and executable by the processors **403** and **413**.

It is to be understood that there may be other applications that are stored in the memories **406** and **416** and are execut-

able by the processors **403** and **413** as can be appreciated. Where any component discussed herein is implemented in the form of software, any one of a number of programming languages may be employed such as, for example, C, C++, C#, Objective C, Java, Javascript, Perl, PHP, Visual Basic, Python, Ruby, Delphi, Flash, or other programming languages.

A number of software components are stored in the memories **406** and **416** and are executable by the processors **403** and **413**. In this respect, the term "executable" means a program file that is in a form that can ultimately be run by the processors **403** and **413**. Examples of executable programs may be, for example, a compiled program that can be translated into machine code in a format that can be loaded into a random access portion of the memories **406** and **416** and run by the processors **403** and **413**, source code that may be expressed in proper format such as object code that is capable of being loaded into a random access portion of the memory **406/416** and executed by the processors **403** and **413**, or source code that may be interpreted by another executable program to generate instructions in a random access portion of the memories **406** and **416** to be executed by the processors **403** and **413**, etc. An executable program may be stored in any portion or component of the memories **406** and **416** including, for example, random access memory (RAM), read-only memory (ROM), hard drive, solid-state drive, USB flash drive, memory card, optical disc such as compact disc (CD) or digital versatile disc (DVD), floppy disk, magnetic tape, or other memory components.

The memories **406** and **416** is defined herein as including both volatile and nonvolatile memory and data storage components. Volatile components are those that do not retain data values upon loss of power. Nonvolatile components are those that retain data upon a loss of power. Thus, the memories **406** and **416** may comprise, for example, random access memory (RAM), read-only memory (ROM), hard disk drives, solid-state drives, USB flash drives, memory cards accessed via a memory card reader, floppy disks accessed via an associated floppy disk drive, optical discs accessed via an optical disc drive, magnetic tapes accessed via an appropriate tape drive, and/or other memory components, or a combination of any two or more of these memory components. In addition, the RAM may comprise, for example, static random access memory (SRAM), dynamic random access memory (DRAM), or magnetic random access memory (MRAM) and other such devices. The ROM may comprise, for example, a programmable read-only memory (PROM), an erasable programmable read-only memory (EPROM), an electrically erasable programmable read-only memory (EEPROM), or other like memory device.

Also, the processors **403** and **413** may represent multiple processors, and the memories **406** and **416** may represent multiple memories that operate in parallel processing circuits, respectively. In such a case, the local interfaces **409** and **419** may be an appropriate network **109** (FIG. **1**) that facilitates communication between any two of the multiple processors **403** and **413**, or between any two of the memories **406** and **416**, etc. The local interfaces **409** and **419** may comprise additional systems designed to coordinate this communication, including, for example, performing load balancing. The processors **403** and **413** may be of electrical or of some other available construction.

Although the proxy service **135**, the compliance service **143**, and other various systems described herein may be embodied in software or code executed by general purpose hardware as discussed above, as an alternative the same may also be embodied in dedicated hardware or a combination of software/general purpose hardware and dedicated hardware. If embodied in dedicated hardware, each can be implemented as a circuit or state machine that employs any one of or a combination of a number of technologies. These technologies may include, but are not limited to, discrete logic circuits having logic gates for implementing various logic functions upon an application of one or more data signals, application specific integrated circuits having appropriate logic gates, or other components, etc. Such technologies are generally well known by those skilled in the art and, consequently, are not described in detail herein.

The flowcharts of FIGS. **2** and **3** show the functionality and operation of an implementation of portions of the proxy service **135** and the compliance service **143**, respectively. If embodied in software, each box may represent a module, segment, or portion of code that comprises program instructions to implement the specified logical function(s). The program instructions may be embodied in the form of source code that comprises human-readable statements written in a programming language or machine code that comprises numerical instructions recognizable by a suitable execution system such as a processors **403** and **413** in a computer system or other system. The machine code may be converted from the source code, etc. If embodied in hardware, each block may represent a circuit or a number of interconnected circuits to implement the specified logical function(s).

Although the flowcharts of FIGS. **2** and **3** show a specific order of execution, it is understood that the order of execution may differ from that which is depicted. For example, the order of execution of two or more blocks may be scrambled relative to the order shown. Also, two or more blocks shown in succession in FIGS. **2** and **3** may be executed concurrently or with partial concurrence. Further, in some embodiments, one or more of the blocks shown in FIGS. **2** and **3** may be skipped or omitted. In addition, any number of counters, state variables, warning semaphores, or messages might be added to the logical flow described herein, for purposes of enhanced utility, accounting, performance measurement, or providing troubleshooting aids, etc. It is understood that all such variations are within the scope of the present disclosure.

Also, any logic or application described herein, including the proxy service **135** and the compliance service **143**, that comprises software or code can be embodied in any non-transitory computer-readable medium for use by or in connection with an instruction execution system such as, for example, a processors **403** and **413** in a computer system or other system. In this sense, the logic may comprise, for example, statements including instructions and declarations that can be fetched from the computer-readable medium and executed by the instruction execution system. In the context of the present disclosure, a "computer-readable medium" can be any medium that can contain, store, or maintain the logic or application described herein for use by or in connection with the instruction execution system. The computer-readable medium can comprise any one of many physical media such as, for example, magnetic, optical, or semiconductor media. More specific examples of a suitable computer-readable medium would include, but are not limited to, magnetic tapes, magnetic floppy diskettes, magnetic hard drives, memory cards, solid-state drives, USB flash drives, or optical discs. Also, the computer-readable medium may be a random access memory (RAM) including, for example, static random access memory (SRAM) and dynamic random access memory (DRAM), or magnetic random access memory (MRAM). In addition, the computer-readable medium may be a read-only memory (ROM), a programmable read-only memory (PROM), an erasable programmable read-only

memory (EPROM), an electrically erasable programmable read-only memory (EEPROM), or other type of memory device.

It should be emphasized that the above-described embodiments of the present disclosure are merely possible examples of implementations set forth for a clear understanding of the principles of the disclosure. Many variations and modifications may be made to the above-described embodiment(s) without departing substantially from the spirit and principles of the disclosure. All such modifications and variations are intended to be included herein within the scope of this disclosure and protected by the following claims.

Therefore, the following is claimed:

1. A system, comprising:
   a proxy server that receives a request from a user of one of a plurality of client devices to access at least one enterprise resource provided by an enterprise device on a network, wherein the request comprises a set of user access credentials associated with the user and a device identifier associated with the one of the plurality of client devices, the proxy server being configured to:
      store a copy of a plurality of device profiles respectively associated with the plurality of client devices,
      receive periodic updates to the plurality of device profiles from the respectively associated plurality of client devices, and
      authenticate the user and the client device to determine whether the user is authorized to access to access the requested at least one enterprise resource from the client device, wherein the proxy server authenticates the user based at least in part on the set of user access credentials associated with the user and authenticates the client device based at least in part on the device identifier associated with the client device;
   a compliance service that authorizes the client device to communicate with the enterprise device in response to the proxy server authenticating the user and the client device, wherein the compliance service authorizes the client device based at least in part on a determination of whether the periodically updated device profile associated with the client device stored on the proxy server is in compliance with at least one compliance rule; and
   wherein the proxy server is further configured to:
      modify the request to remove the user access credentials and insert a set of approved enterprise access credentials,
      transmit the modified request to the enterprise device if the client device is authorized to communicate with the enterprise device and the user has permission to access the at least one enterprise resource from the client device,
      receive the at least one enterprise resource provided by the enterprise device; and
      transmitting the at least one enterprise resource to the client device.

2. The system of claim 1, wherein the user access credentials provide the user with access to the proxy server.

3. The system of claim 1, wherein the user access credentials are insufficient alone to provide the user with access to the enterprise device.

4. The system of claim 1, wherein the proxy server authenticates the user and the client device by determining whether the user access credentials match at least one of a plurality of approved user access credentials and determining whether the device identifier matches at least one of a plurality of approved identifiers.

5. The system of claim 4, wherein the approved user access credentials and the approved device identifiers are stored in a data store accessible to the proxy server.

6. The system of claim 1, wherein the at least one compliance rule is specific to the at least one enterprise resource.

7. The system of claim 1, wherein the at least one compliance rule comprises at least one of a plurality of hardware restrictions, a plurality of software restrictions, and a plurality of device management restrictions.

8. The system of claim 1, wherein the user access credentials comprise a user name, a password, and biometric data associated with at least one of facial recognition, retina recognition, and fingerprint recognition.

9. A method comprising:
   receiving a request from a user of a client device to access a quantity of enterprise resources provided by an enterprise device, the request comprising a set of user access credentials associated with the user and a device identifier associated with the client device;
   authenticating the user based at least in part on the user access credentials and the client device based at least in part on the device identifier;
   in response to authenticating the user and the client device, determining whether the client device is authorized to access the requested quantity of enterprise resources, wherein determining whether the client device is authorized comprises determining whether a periodically updated device profile associated with the client device is in compliance with at least one compliance rule;
   modifying the request to remove the user access credentials and insert a set of approved enterprise access credentials;
   transmitting the modified request to the enterprise device to receive the requested quantity of enterprise resources;
   receiving the requested quantity of enterprise resources from the enterprise device; and
   transmitting the requested quantity of enterprise resources to the client device.

10. The method of claim 9, wherein the user access credentials are insufficient alone to provide the user with access to the enterprise device.

11. The method of claim 9, wherein the at least one compliance rule comprises one of a plurality of compliance rules comprising at least one of a plurality of software restrictions, a plurality of hardware restrictions, and a plurality of device management restrictions.

12. A non-transitory computer-readable medium embodying a program executable in a computing device, the program, when executed, performing a method comprising:
   receiving a request from a user of a client device to access a quantity of enterprise resources provided by an enterprise device, the request comprising a set of user access credentials associated with the user and a device identifier associated with the client device;
   authenticating the user based at least in part on the user access credentials and the client device based at least in part on the device identifier;
   in response to authenticating the user and the client device, determining whether the client device is authorized to access the requested quantity of enterprise resources, wherein determining whether the client device is authorized comprises determining whether a periodically updated device profile associated with the client device is in compliance with at least one compliance rule;
   modifying the request to remove the user access credentials and insert a set of approved enterprise access credentials;

transmitting the modified request to the enterprise device to receive the requested quantity of enterprise resources;

receiving the requested quantity of enterprise resources from the enterprise device; and

transmitting the requested quantity of enterprise resources to the client device.

**13**. The computer readable medium of claim **12**, wherein the user access credentials are insufficient alone to provide the user with access to the requested quantity of enterprise resources.

**14**. The computer readable medium of claim **12**, wherein the at least one compliance rule comprises one of a plurality of compliance rules comprising at least one of a plurality of hardware restrictions, a plurality of software restrictions, and a plurality of device management restrictions.

**15**. The computer readable medium of claim **12**, wherein the user access credentials comprise a user name, a password, and biometric data related to at least one of facial recognition, fingerprint recognition, and retina recognition.

\* \* \* \* \*