IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AirWatch LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Good Technology Corporation and Good Technology Software, Inc., | ) ) ) | Civil Action No. _____
| Defendants. | ) ) ) ) |

**PLAINTIFF AIRWATCH LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Northern District of Georgia, and Federal Rule of Civil Procedure 7.1, Plaintiff AirWatch LLC ("AirWatch") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

The undersigned counsel of record for AirWatch certifies that the following is a full and complete list of all parties in this action:

- AirWatch LLC

- Good Technology Corporation

- Good Technology Software, Inc.

1120719.1
dc-762454

The undersigned further certifies that the following is a full and complete list of all parent companies and all companies that own 10 percent or more of the stock of AirWatch:

- EMC Corporation
- VMware, Inc.

AirWatch is not aware at this time of any other such persons, associations, firms, partnerships, or corporations having either a financial or other interest that could be substantially affected by the outcome of this litigation matter.

The undersigned further certifies that the following is a full and complete list of all persons currently serving as attorneys in this proceeding:

- Susan A. Cahoon, Kilpatrick Townsend & Stock LLP
- Joshua H. Lee, Kilpatrick Townsend & Stock LLP
- Michael A. Jacobs, Morrison & Foerster LLP
- Bita Rahebi, Morrison & Foerster LLP

Respectfully submitted, this 18th day of July, 2014.

By: /s/ Susan A. Cahoon
SUSAN A. CAHOON

SUSAN A. CAHOON (GA SBN 102000)
SCahoon@kilpatricktownsend.com
JOSHUA H. LEE (GA SBN 489842)
JLee@kilpatricktownsend.com

dc-762454

Of Counsel:

MICHAEL A. JACOBS
MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BITA RAHEBI
BRahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, CA 90017-3543
Telephone:  213.892.5200
Facsimile: 213.892.5454

KILPATRICK TOWNSEND
1100 Peachtree St. NE, Ste. 2800
Atlanta, GA 30309-4528
Telephone: 404.815.6325
Facsimile: 404.541.3145

***Attorneys for Plaintiff AirWatch LLC***

3

dc-762454

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **PLAINTIFF AIRWATCH LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and have served the same by U.S. Mail as follows:

>Good Technology Corporation
>c/o Incorporating Services, Ltd.
>3500 S Dupont Hwy
>Dover, DE 199901


>Good Technology Software, Inc.
>c/o The Corporation Trust Company
>Corporation Trust Center 1209 Orange St.
>Wilmington, DE 19801

This 18th day of July, 2014.

>/s/ Susan A. Cahoon
>Susan A. Cahoon

>*Attorney for Plaintiff AirWatch LLC*

dc-762454